Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Michael Mitchell, Respondent, v. Peter Cooper's Glue Factory, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Pursuant to chapter 323 of the Laws of 1912,* this court has appointed the Hon. William D. Dickey an official referee, to whom as such referee may be referred any action, matter or proceeding pending in said Supreme Court, referable by statute or the rules and practice of said court, in which the justice making the order of reference shall deem that for any reason the expense of such reference should not be borne by the parties to such action, matter or proceeding.

The Brooklyn Heights Railroad Company, Appellant, v. Alfred E. Steers, Individually and as President of the Borough of Brooklyn, and the City of New York, Respondents. — Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

John J. O'Reilly, Appellant, v. Alfred C. Dodge, Respondent. — Motion to dismiss appeal granted, with costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Ramapo Manufacturing Company, Plaintiff, v. Julia Pierson Mapes, Defendant. — There is no clear evidence that the order denying defendant's application to postpone the trial has been entered, nor that any motion to open the default has been made, nor that any notice of appeal has been served. Under such circumstances this court will not entertain this application. Motion denied, without costs, without prejudice to a renewal of the application upon further papers. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Tichnor Brothers, Inc., Respondent, v. Samuel M. Barley, etc., Appellant. — Motion for reargument denied, with costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Admiral Realty Company, Appellant, v. The City of New York and Others, Respondents. — Judgment affirmed, with costs, on the opinion of Mr. Justice Blackmar at Special Term. (Reported in 76 Misc. Rep. 345.) Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Marcelo Barquinero, Appellant, v. Frank L. Ferguson, Respondent. — Judgment reversed and new trial granted, costs to abide the event, on the ground that the testimony presented by the plaintiff made out a *prima facie* case of his employment by the defendant. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

George S. Billings, as Receiver of the Hudson River Stone Supply Company, Respondent, v. James G. Shaw and Others, Appellants. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas and Carr, JJ., concurred; Burr, J., dissented.

William T. Emmet and Grenville T. Emmet, as Substituted Trustees to Execute the Trusts Created by the Last Will and Testament of Benjamin

---

* See Judiciary Law (Consol. Laws, chap. 30; Laws of 1909, chap. 35), § 115, as amd. by Laws of 1912, chap. 323. — [REP.